UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATALIN NEAGU,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:17-cv-01602-JCM-GWF<br><br>ORDER |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 3) dated June 8, 2017, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 3) no later than **July 17, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED THIS 6th day of July, 2017.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE