**SAO**
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
THE POWELL LAW FIRM
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATALIN NEAGU, individually, | ) |
| | ) CASE NO.: 2:17-cv-01602 |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff, CATALIN NEAGU, by and through his counsel of record, PAUL D. POWELL, ESQ. and MICHAEL A. KRISTOF, ESQ., and Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY, by and through its counsel of record, ANDREW D. SMITH, ESQ., that the above-entitled matter be dismissed without prejudice.

/ / /

/ / /

/ / /

Each party to bear their own attorney's fees and costs.

DATED this 11th day of October, 2017.   DATED this 11th day of October, 2017.

THE POWELL LAW FIRM   ATKIN, WINNER & SHERROD

*/s/ Paul Powell*   */s/ Andrew Smith*
_____   _____
Paul D. Powell, Esq.   Andrew D. Smith, Esq.
Michael A. Kristof, Esq.   1117 S. Rancho Drive
6785 W. Russell Rd., Suite 210   Las Vegas, Nevada 89101
Las Vegas, Nevada 89118   Attorneys for Defendant
Attorneys for Plaintiff

**ORDER**

Having reviewed the Stipulation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims are hereby dismissed without prejudice against Defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY.

DATED October 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THE POWELL LAW FIRM

*/s/ Paul Powell*
_____
Paul D. Powell, Esq.
Michael A. Kristof, Esq.
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 8911
Attorneys for Plaintiff